[Dkt. No. 7]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| STEPHEN S. EDWARDS,  Plaintiff,  v.  PHH MORTGAGE CORPORATION, et al  Defendants. | Civil No. 17-7807 (RMB/KMW)  **ORDER** |

IT IS ON THIS **29th** day of **November 2017**, **ORDERED** that Plaintiff's Emergency Motion to Vacate and for Default Judgment [Docket No. 7] is DENIED because it is frivolous.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE